Sean Hartfield     OSB #02059
E-mail: sean@hartfieldlaw.com
HARTFIELD LAW OFFICES PC
PO BOX 11153
Portland, OR 97211
Phone:  (503) 735-9100
ProSe Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SEAN L. HARTFIELD**, | Case No.:     3:11-CV-100-KI |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY, FILE PLEADINGS AND DISPOSITIVE MOTIONS** |
| vs. | |
| **LEO BESNER, individually and in his official capacity as an officer of the Portland Police Department, and the CITY OF PORTLAND,** a municipal corporation, | |
| Defendants. | |

Pursuant to FRCP 6(b), plaintiff moves this Court for an extension of the dates listed in the Discovery and Pretrial Scheduling Order issued by the Court on May 25, 2011.  The parties have conferred on this motion and defense counsel consents to and joins in this motion.

Based on the complete Court file and the attached Declaration of Sean Hartfield, plaintiff

requests an Order allowing an extension of time from September 29, 2011 up to and including November 29, 2011 to complete discovery, and to file all pleadings and dispositive motions.

Dated this September 29, 2011.

                                          /s/ Sean Hartfield
                                      SEAN HARTFIELD, OSB #02059
                                      Pro Se Attorney for Plaintiff
                                      503-200-8533